UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

<u>United States of America</u>

    v.                    Case No. 05-cr-95-01-PB

<u>Cushaw Barnett</u>

<u>ORDER</u>

    Re: Document No. 39, Motion to Disqualify Judge Barbadoro from hearing the motion to void the judgment

    Ruling: The motion to recuse is conclusory, frivolous and entirely without merit. Moreover, the case is long since closed, no appeal having been taken. The motion - presumedly to recuse Judge Barbadoro- is denied.

                                              Steven J. McAuliffe
                                              Chief Judge

Date: September 9, 2009

cc: Cushaw Barnett, Pro Se
    Debra Walsh, Esq.