UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE


<u>USA</u>

           v.                       Criminal No. 05-cr-95-01-SM

<u>Cushaw Barnett</u>


<u>O R D E R</u>

The pending motions, documents numbered #126, #127, #128 and #129, do not present non-frivolous issues properly raised in this closed criminal case. Accordingly, those motions are necessarily denied.

SO ORDERED.


March 20, 2012                                    /s/ Steven J. McAuliffe_____
                                                            Steven J. McAuliffe
                                                            United States District Judge


cc:     Cushaw Barnett
         Jeffrey S. Levin, Esq.
         Debra M. Walsh, AUSA