UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

United States

       v.

                                   Case No. 05-cr-95-01-SM

Curshaw Barnett

ORDER

    Re: Document No. 142, Demand

    Ruling:  Granted in part and denied in part. The Clerk shall mail a copy of the docket sheet in this case to defendant.  The request for transcripts and possible video tapes is inadequately supported - i.e. defendant has not demonstrated any need for such material relevant to any legitimate issue involved in this case.  See e.g. Draper v. Washington, 372 U.S. 487, 495 (1963); Lugo v. Munoz, 682 F.2d 7 (1st Cir. 1982).  Finally, the record discloses that defendant elected to represent himself, which request was granted by the Magistrate Judge, and that Attorney Ramsdell was appointed as stand-by counsel only.  Defendant is not required to take advantage of stand-by counsel's assistance, but stand-by counsel shall remain available to defendant and the court.

Date:  January 4, 2013

Steven J. McAuliffe
United States District Judge